No. 358. SUNCOOK VALLEY RAILROAD *v.* BOSTON & MAINE RAILROAD. November 12, 1946.

No. 378. GRANT, DOING BUSINESS AS NO SLEET WIND-SHIELD HEATER CO., *v.* GENERAL MOTORS CORP. ET AL. November 12, 1946.

No. 412. ANDREWS *v.* ADERHOLD, WARDEN. November 12, 1946.

No. 479. HILL *v.* HUDSPETH, WARDEN. November 12, 1946.

No. 176. SHOTKIN *v.* JUDGES, SUPERIOR COURT, AT-LANTA CIRCUIT. November 12, 1946. The application for the allowance of an appeal is also denied.

No. 232. BLALACK *v.* UNITED STATES. November 12, 1946. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 804. October Term, 1945. COLEGROVE ET AL. *v.* GREEN ET AL. November 18, 1946. The motion for reargument before the full bench is denied. THE CHIEF JUSTICE and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.

No. 2, Misc. SLIVENSKY *v.* NEW JERSEY. November 18, 1946.